**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                Case No. 20-10463-elf
                                                                               Chapter 13
James M. Fox
Jason M. Slovak

Debtor(s).

## NOTICE OF APPEARANCE

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 75736
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of April, 2022, to the following:

David B. Spitofsky
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401
spitofskybk@verizon.net
***Attorney for Debtor(s)***


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

James M. Fox
625 W. Valley Forge Road
King of Prussia, PA 19406

Jason M. Slovak
625 W. Valley Forge Road
King of Prussia, PA 19406
***Debtor(s)***


                By:    /s/ Steven K. Eisenberg
                    Steven K. Eisenberg, Esquire