*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James M. Fox and Jason M. Slovak
    Debtor(s)

Case No: 20–10463–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Filed by James M. Fox, Jason M. Slovak

on: 5/31/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/9/22

Timothy B. McGrath
Clerk of Court

72 – 71
Form 167