**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>James M. Fox<br>Jason M. Slovak<br><br>            Debtor(s) | Chapter 13<br><br>Case Number: 20-10463-elf |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

NewRez LLC d/b/a Shellpoint Mortgage Servicing (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certification of Default filed on or about May 5, 2022, without prejudice.

Date: July 5, 2022                              Respectfully Submitted,

                                                     /s/ Daniel P. Jones
                                                Daniel P. Jones   FBN: 321876
                                                Stern & Eisenberg, PC
                                                1581 Main Street, Suite 200
                                                The Shops at Valley Square
                                                Warrington, PA 18976
                                                Phone: (215) 572-8111
                                                Fax: (215) 572-5025
                                                djones@sterneisenberg.com
                                                Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: July 5, 2022

| | |
|---|---|
| David B. Spitofsky<br>516 Swede Street<br>Norristown, PA 19401<br>spitofskybk@verizon.net<br>**Counsel for Debtor** | Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

James M. Fox
625 W. Valley Forge Road
King of Prussia, PA 19406

Jason M. Slovak
625 W. Valley Forge Road
King of Prussia, PA 19406
**Debtor(s)**

By:
                                            /s/ Daniel P. Jones
                                            Daniel P. Jones, Bar No: 321876
                                            Stern & Eisenberg, P.C.
                                            djones@sterneisenberg.com
                                            Counsel for Movant