# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-10463-ELF

JAMES M. FOX
JASON M. SLOVAK
625 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES M. FOX
    JASON M. SLOVAK
    625 W. VALLEY FORGE ROAD

    KING OF PRUSSIA, PA 19406-

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                                                      /S/ Kenneth E. West

Date: 1/26/2023

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee