# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 20-10463-pmm

JAMES M. FOX
JASON M. SLOVAK
625 W. VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406-

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JAMES M. FOX
    JASON M. SLOVAK
    625 W. VALLEY FORGE ROAD

    KING OF PRUSSIA, PA 19406-


Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                                                          /S/ Kenneth E. West

Date: 11/2/2023                              _____

                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee