**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JAMES M. FOX AND** | ) | **CASE NO.: 2:20-bk-10463-pmm** |
| **JASON M. SOLVAK** | ) | **CHAPTER 13** |
| | ) | **JUDGE PATRICIA M. MAYER** |
| **DEBTORS** | ) | |
| | ) | |
| **NEWREZ LLC D/B/A SHELLPOINT** | ) | |
| **MORTGAGE SERVICING** | ) | |
| | ) | |
| **MOVANT** | ) | |
| | ) | |
| **JAMES M. FOX AND JASON M. SOLVAK,** | ) | |
| **DEBTORS AND KENNETH E. WEST,** | ) | |
| **TRUSTEE** | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

<u>**ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF
FROM AUTOMATIC STAY STAY UNDER SECTION 362**</u>

Upon consideration of the Stipulation between NewRez LLC d/b/a Shellpoint Mortgage

Servicing (Doc. 98), it

Is hereby **ORDERED** that the Stipulation is **APPROVED.**

Date: **November 15, 2023**

_Patricia M. Mayer_
_____
HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE