United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10463-pmm |
| James M. Fox | Chapter 13 |
| Jason M. Slovak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M. Fox, Jason M. Slovak, 625 W. Valley Forge Road, King of Prussia, PA 19406-1570 |
| 14457151 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14457146 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14457157 | + | Franklin Mint FCU, Robert J. Crawley, Esq.,, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14457158 | | HESAA, P.O. Box 528, Newark, NJ 07101-0528 |
| 14457163 | + | MLA Law Offices, Ltd., P.O. Box 156, Hinsdale, IL 60522-0156 |
| 14457164 | | NJ Higher Education, P.O. Box 548, Trenton, NJ 08625-0548 |
| 14639623 | + | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14457166 | + | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14457169 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14457173 | + | Progressive Emergency Physicians, 8 Oak Park Drive, Bedford, MA 01730-1414 |
| 14457179 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |
| 14457180 | | Suburban Community Hospital, 3701 Dekalb Pike, East Norriton, PA 19401 |
| 14973472 | + | Upper Merion Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14487624 | + | Email/Text: g17768@att.com | Jun 18 2025 00:50:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14457150 | + | Email/Text: bankruptcy@rentacenter.com | Jun 18 2025 00:51:00 | AcceptanceNow, 5501 Headquarters, Plano, TX 75024-5837 |
| 14489549 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457152 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2025 00:50:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14472306 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 18 2025 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14457153 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 18 2025 00:51:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |

Case 20-10463-pmm    Doc 124    Filed 06/19/25    Entered 06/20/25 00:39:26    Desc
                        Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 61 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14457155 | | Email/Text: mzatezalo@crownasset.com | Jun 18 2025 00:51:00 | Crown Asset Management, LLC, 3355 Breckinridge Boulevard, #132, Duluth, GA 30096 |
| 14474620 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 00:56:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14457154 | + | Email/Text: bankruptcy@credencerm.com | Jun 18 2025 00:51:00 | Credence Resource Management, P.O. Box 2300, Southgate, MI 48195-4300 |
| 14462910 | + | Email/Text: cbrennan@klehr.com | Jun 18 2025 00:51:00 | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, & ROBERT J. CRAWLEY, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14457149 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 18 2025 00:51:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14457159 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2025 00:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14469466 | | Email/Text: legaldivision@kheaa.com | Jun 18 2025 00:50:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 14457160 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:56:24 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14457161 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:49 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14473197 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457162 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2025 00:51:00 | Midland Funding LLC, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 14484512 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2025 00:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14466965 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 18 2025 00:51:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14685258 | ^ | MEBN | Jun 18 2025 00:22:12 | New Rez, LLC d/b/a Shellpoint Mortgage Servicing, c/o Steven K Eisenberg, Esq., 1581 Main Street,Suite 200, Warrington, PA 18976-3403 |
| 14521783 | ^ | MEBN | Jun 18 2025 00:22:25 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Joshua I. Goldman, Esq., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14485750 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 18 2025 00:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14639397 | ^ | MEBN | Jun 18 2025 00:21:59 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14457165 | | Email/Text: erin@advantagecollections.com | Jun 18 2025 00:50:00 | Ownable LLC, c/o Advantage Collection Professionals, P.O. Box 353, Cambridge, MN 55008-0353 |
| 14457167 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 18 2025 00:51:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14457171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:56:16 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14482052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:56:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14457172 | | Email/Text: signed.order@pfwattorneys.com | | |

Case 20-10463-pmm   Doc 124   Filed 06/19/25   Entered 06/20/25 00:39:26   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 61 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 18 2025 00:50:00 | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14457168 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14457170 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2025 00:51:00 | Pinnacle Enterprises, c/o Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14457174 | | Email/Text: clientrelations@optiosolutions.com | Jun 18 2025 00:50:00 | Qualia Collection Services, P.O. Box 4699, Petaluma, CA 94955-4699 |
| 14491474 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 00:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14457175 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 18 2025 00:51:00 | Receivables Management Partners, 8085 Knue Road, Indianapolis, IN 46250-1921 |
| 14457176 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 00:51:00 | Santander Consumer USA, 8585 N Stemmons Parkway, Suite 1100, Dallas, TX 75247-3836 |
| 14466045 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2025 00:51:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14490994 | + | Email/Text: bncmail@w-legal.com | Jun 18 2025 00:51:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14457177 | | Email/Text: courts@scott-pc.com | Jun 18 2025 00:51:00 | Scott & Associates PC, P.O. Box 115220, Carrollton, TX 75011-5220 |
| 14457178 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 18 2025 00:50:00 | Security Credit Services, 306 Enterprise Drive, #108, Oxford, MS 38655-2762 |
| 14457181 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 18 2025 00:50:00 | Sunrise Credit Services, 234 Airport Plaza Blvd. S., Farmingdale, NY 11735-3938 |
| 14620484 | ^ | MEBN | Jun 18 2025 00:22:28 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620071 | ^ | MEBN | Jun 18 2025 00:22:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14491442 | + | Email/Text: bncmail@w-legal.com | Jun 18 2025 00:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14457183 | + | Email/Text: bncmail@w-legal.com | Jun 18 2025 00:51:00 | TD Bank USA/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14457182 | ^ | MEBN | Jun 18 2025 00:21:43 | Tate & Kirlin Associates, Suite 240, 580 Middletown Boulevard, Langhorne, PA 19047-1876 |
| 14457184 | + | Email/Text: edbknotices@ecmc.org | Jun 18 2025 00:50:00 | U.S. Department of Education, P.O. Box 530260, Atlanta, GA 30353-0260 |
| 14457185 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 01:19:20 | U.S. Dept. of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14457147 | *+ | James M. Fox, 625 W. Valley Forge Road, King of Prussia, PA 19406-1570 |
| 14457148 | *+ | Jason M. Slovak, 625 W. Valley Forge Road, King of Prussia, PA 19406-1570 |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 61 |

| 14457156 | ##+ | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DANIEL P. JONES | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Jason M. Slovak spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Debtor James M. Fox spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Merion Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING rshearer@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

*Form 138OBJ* (6/24)−doc 123 − 122

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    James M. Fox  )  Case No. 20−10463−pmm
  )
  )
    Jason M. Slovak  )  Chapter: 13
  )
    Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 17, 2025

For The Court

Timothy B. McGrath
Clerk of Court